**FILED**

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

AUG 0 6 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; and TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation, <br><br> Plaintiffs, <br><br> vs. <br><br> VERONICA HOBSON, an individual, <br><br> Defendant. | No.: **08 C 50 1 66** <br><br> *Reinhard* |

## CERTIFICATE OF INTEREST

Pursuant to Local Rule 3.2, Plaintiffs identify below their parent corporations and any publicly held company that owns 10% or more of any Plaintiff's stock.

1. COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; and TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation,

2. COLUMBIA PICTURES INDUSTRIES, INC. is an indirectly wholly owned subsidiary of Sony Pictures Entertainment Inc. Sony Pictures Entertainment Inc. is an indirectly wholly owned subsidiary of Sony Corporation, a publicly traded Japanese corporation.

3. TWENTIETH CENTURY FOX FILM CORPORATION is a wholly owned subsidiary of Fox Entertainment Group, Inc., a publicly traded U.S. corporation.

[Signature Page Follows]

                                              COLUMBIA PICTURES INDUSTRIES,
                                              INC., and TWENTIETH CENTURY FOX
                                              FILM CORPORATION

DATED:  August 6, 2008                   By: <u>/s/ Sharon A. Ceresnie</u>
                                                      Douglas N. Masters
                                                      Sharon A. Ceresnie
                                                      LOEB & LOEB LLP
                                                      321 North Clark Street
                                                      Chicago, IL 60654
                                                      Phone:  (312) 464-3100
                                                      Fax:    (312) 464-3111
                                                      dmasters@loeb.com
                                                      sceresnie@loeb.com