AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

COLUMBIA PICTURES INDUSTRIES, INC., a Delaware corporation; and TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware corporation,

CASE NUMBER: 08 C 50 1 66

ASSIGNED JUDGE: Reinhard

DESIGNATED MAGISTRATE JUDGE: Mahoney

V.

VERONICA HOBSON, an individual.

TO: Veronica Hobson, 1815 12th Ave, floor 1 Rockford, Il 61104

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

Douglas N. Masters  
Sharon A. Ceresnie  
LOEB & LOEB LLP  
321 North Clark Street  
Suite 2300  
Chicago, IL 60654  

Phone: (312) 464-3100  
Fax: (312) 464-3111

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

MICHAEL W. DOBBINS, CLERK

(By) DEPUTY CLERK

DATE 8/6/08

AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 8/20/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Rich Myers | Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☒ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: Rashad Brown (son)

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  8/20/08
                    Date
            2:19 pm

Signature of Server

50 W. Douglas Ste 200, Freeport IL 61032
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.