**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2**
**Western Division**

Columbia Pictures, Industrices Inc., et al.

                        Plaintiff,

v.                                                       Case No.: 3:08–cv–50166
                                                         Honorable Philip G. Reinhard

Veronica Hobson

                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, September 2, 2008:

      MINUTE entry before the Honorable P. Michael Mahoney:Pursuant to request of counsel, Status hearing reset for 10/15/2008 at 01:30 PM. Telephoned notice(glg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.